UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-60907-CIV-MORENO**

FEDERAL TRADE COMMISSION, et al.,

        Plaintiffs,

vs.

JEREMY LEE MARCUS, et al.,

        Defendants.
_____/

### ORDER DENYING AS MOOT RECEIVER'S MOTION REGARDING RELIEF DEFENDANT TERESA DUDA'S FAILURE TO TURN OVER ASSET

THIS CAUSE came before the Court upon Receiver's Motion Regarding Relief Defendant Teresa Duda's Failure to Turn Over Asset **(D.E. 324)**, filed on **December 18, 2018**.

THE COURT has considered the motion, the Report and Recommendation **(D.E. 352)**, the Response to the Report and Recommendation, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in view of the Receiver's response to the Report and Recommendation indicating that the Receiver has secured the property and there is no need for the Court to issue a writ of possession.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record