UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-60907-CIV-MORENO/SELTZER

FEDERAL TRADE COMMISSION, *et al.*,

      Plaintiffs,

v.

JEREMY LEE MARCUS, *et al.*,

      Defendants.

_____/

## ORDER GRANTING RECEIVER'S FOURTH MOTION FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES

**THIS CAUSE** came before the Court upon Jonathan E. Perlman, Esq.'s, the court-appointed Receiver (the "Receiver") for the Receivership Entities,[1] Fourth Motion for Award of Professional Fees and Reimbursement of Expenses [**ECF No. 385**] (the "Fourth Fee Application"), filed on **June 18, 2019**.

The Court has considered the Fourth Fee Application, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

---

[1] Receivership Entities are Financial Freedom National, Inc. f/k/a Institute for Financial Freedom, Inc. and Marine Career Institute Sea Frontiers, Inc. d/b/a 321 Loans, Instahelp America, Inc., Helping America Group, United Financial Support, Breeze Financial Solutions, 321Financial Education, Credit Health Plan, Credit Specialists of America, American Advocacy Alliance, and Associated Administrative Services, 321Loans, Inc., f/k/a 321 Loans, Inc. d/b/a 321Financial, Inc., Instahelp America, Inc. f/k/a Helping America Team, Inc. d/b/a Helping America Group, Breeze Financial Solutions, Inc. d/b/a Credit Health Plan and Credit Maximizing Program, US Legal Club, LLC, Active Debt Solutions, LLC f/k/a Active Debt Solutions, Inc. d/b/a Guardian Legal Center, Guardian LG, LLC d/b/a Guardian Legal Group, American Credit Security, LLC f/k/a America Credit Shield, LLC, Paralegal Support Group LLC f/k/a Paralegal Support LLC, Associated Administrative Services, LLC d/b/a Jobfax, Cockburn & Associate LLC, JLMJP Pompano, LLC, Halfpay International, LLC, Halfpay NV, LLC, HP Properties Group, Inc., HP Media, Inc., Omni Management Partners, LLC, Nantucket Cove of Illinois, LLC, Discount Marketing USA, S.A., Viking Management Services, LLC, White Light Media LLC, Blue42, LLC, National Arms, LLC, and 110 Glouchester St., LLC, and their divisions, subsidiaries, affiliates, predecessors, successors, and assigns. [ECF Nos. 21, 102, 222, 286].

**ADJUDGED** that the motion is GRANTED. The Fourth Fee Application is **APPROVED**.

**ADJUDGED** that the Receiver and Genovese Joblove & Battista, P.A.'s fees of $427,918.75 and expenses of $17,754.07 are **APPROVED**. The Receiver is authorized to pay Genovese Joblove & Battista, P.A. the sum of $445,672.82, representing 100% of the approved fees ($427,918.75) and 100% of expenses ($17,754.07) incurred during the Application Period of October 1, 2018 through February 28, 2019.

**ADJUDGED** that the Receiver is authorized to pay KapilaMukamal the sum of $29,105.52, representing 100% of the approved fees ($28,687.38) and 100% of expenses ($417.69) incurred during the Application Period of October 1, 2018 through February 28, 2019.

**ADJUDGED** that the Receiver is authorized to pay McBrayer, McGinnis, Leslie & Kirkland PLLC $53,857.20 in fees and $ -0- in costs incurred during the Application Period of October 1, 2018 through February 28, 2019.

DONE and ORDERED in Chambers at Miami, Florida this 5r day August 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record