UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, and

STATE OF FLORIDA,

    Plaintiffs,

    v.

JEREMY LEE MARCUS, *et al.*,

    Defendants and Relief Defendants.

### Plaintiff Federal Trade Commission's Motion to Be Excused From the October 10, 2019 Hearing, or in the Alternative, to Appear Telephonically

Plaintiff, the Federal Trade Commission (the "FTC"), files this motion in connection with the Court's Order at Doc. 420 granting third-party PNC Bank's Request for Hearing (D.E. 405) and setting a hearing for this Thursday, October 10, 2019 (the "Hearing"). The FTC respectfully requests that the Court excuse the FTC from the Hearing, or should the Court wish to hear from the FTC, allow it to appear telephonically.

The Hearing is related to the Receiver's objections to Judge Seltzer's June 11, 2019 Report and Recommendation regarding a motion to compel filed by the Court-appointed Receiver against a third party, PNC Bank. D.E. 357, 363, 367, 380, 403, 405. The FTC took no position on the Receiver's underlying motion to compel (D.E. 357, p. 20) and therefore did not participate in the underlying briefing or the hearing before Judge Seltzer. Accordingly, the FTC respectfully requests that the Court excuse the FTC from the upcoming Hearing, which will not prejudice any party in this matter.

In the alternative, should the Court wish to hear from the FTC during the Hearing, the FTC respectfully requests permission to appear by telephone. Appearing telephonically would eliminate the FTC's incursion of travel expenses necessary to send its attorney(s) from Atlanta, Georgia to attend the Hearing in Miami, Florida and would not prejudice any party in this matter.

Counsel for the FTC has conferred with counsel for the Receiver and with counsel for PNC Bank, and neither objects to the relief requested in this motion.

Dated:  October 8, 2019.

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

*/s/ Angeleque P. Linville*
VALERIE M. VERDUCE, Special Bar No. A5500477
vverduce@ftc.gov; (404) 656-1355
ANGELEQUE P. LINVILLE, Special Bar No. A5502336
alinville@ftc.gov; (404) 656-1354

Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, GA 30303
Telephone: (404) 656-1355
Facsimile: (404) 656-1379

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or for those counsel or parties who are not authorized to receive CM/ECF Notices of Electronic Filing, is being served in the manner specified.

*/s/ Angeleque P. Linville*
Angeleque P. Linville

**SERVICE LIST**

Jonathan E. Perlman, Esq.
jperlman@gjb-law.com
Gregory M. Garno, Esq.
ggarno@gjb-law.com
Allison Day, Esq.
aday@gjb-law.com
Theresa M.B. Van Vliet, Esq.
tvanvliet@gjb-law.com
Genovese Joblove & Battista, P.A.
Miami Tower, 44th Floor
100 Southeast 2nd Street
Miami, FL 33131
*Receiver and his Counsel*

PNC Bank, N.A.
c/o Peter D. Hardy, Esq.
HardyP@ballardspahr.com
Diana M. Joskowicz, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Peter W. Homer, Esq.
PHomer@homerbonner.com
Homer Bonner Jacobs, P.A.
1441 Brickell Avenue
Four Seasons Tower, Suite 1200
Miami, FL 33131
*Counsel for Third-Party PNC Bank*

Ryann Flack
Ryann.Flack@myfloridalegal.com
Office of the Attorney General
Consumer Protection Division
SunTrust International Center
1 S.E. 3rd Avenue, Suite 900
Miami, FL 33131
*Counsel for Co-Plaintiff State of Florida*