UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, and

STATE OF FLORIDA,

    Plaintiffs,

    v.

JEREMY LEE MARCUS, *et al.*,

    Defendants and Relief Defendants.

**Plaintiffs' Seventh Notice of Status of Proceedings Pursuant to Doc. 227**

Plaintiffs, the Federal Trade Commission ("FTC") and the Office of the Attorney General, State of Florida, Department of Legal Affairs ("State of Florida") (collectively, "Plaintiffs"), file this Notice in connection with the Court's Order at Doc. 227 requiring Plaintiffs to notify the Court of the current status of the proceedings by December 13, 2019.[1]

1.    As previously stated, final orders have been entered against all defendants.

2.    The Receivership was recently extended, and the Receiver has through March 31, 2020 to complete his administration of the Receivership estate. Doc. 428.

3.    The Receiver continues the process of liquidating assets.

4.    The FTC recently requested the transfer of funds from Receivership bank accounts so that Plaintiffs can initiate consumer redress. The FTC's goal is to distribute redress within six months.

---

[1] The Order requires Plaintiffs to notify the Court by June 13, 2018 and every three months thereafter. Doc. 227.

1

5. The Receiver filed his fifth fee application on September 25, 2019, which the Court entered on November 13, 2019. Docs. 418, 436. The Receiver has indicated that he will file his sixth fee application by the end of December 2019. Plaintiffs have requested that the Receiver transition the resolution of certain remaining assets, including Kingdom Coal, from hourly billing to a contingency fee arrangement with credit for fees already paid.

6. Defendant Marcus's ex-wife, Amanda Finley, previously filed a motion for equitable lien. Doc. 404; *see also* Receiver's Opposition at Doc. 411. On September 27, 2019, Magistrate Judge Seltzer issued a report and recommendation recommending that Ms. Finley's Motion be granted. Doc. 419. Both the Receiver and the State of Florida (with the FTC's concurrence) filed objections to several factual findings and legal conclusions in Judge Seltzer's September 27 report and recommendation. Docs. 425, 426, 430, 431. Those objections are currently pending before the Court.

7. On October 15, 2019, the Court entered an order granting in part the Receiver's motion to compel third-party PNC Bank to comply with subpoenas and ordered PNC Bank to produce certain documents by November 13, 2019. Doc. 427. Plaintiffs' understanding from the Receiver is that PNC produced certain documents, along with a privilege log, in response to the Court's order, and that the Receiver anticipates moving the Court to conduct an in-camera review of documents identified in PNC's privilege log.

8. The Receiver's third-party litigation is still ongoing. *See Perlman v. PNC Bank, N.A.*, 0:19-cv-61390-RS (Smith, J.); *Perlman v. Am. Express Centurion Bank et al.*, 0:19-cv-61386-RS (Smith, J.).

Dated:  December 13, 2019.

Respectfully submitted,


ALDEN F. ABBOTT
General Counsel

*/s/ Angeleque P. Linville*
VALERIE M. VERDUCE, Special Bar No. A5500477
vverduce@ftc.gov; (404) 656-1355
ANGELEQUE P. LINVILLE, Special Bar No. A5502336
alinville@ftc.gov; (404) 656-1354

Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, GA 30303
Telephone: (404) 656-1355
Facsimile: (404) 656-1379

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


ASHLEY MOODY
Attorney General, State of Florida

*/s/ Ryann Flack*
Ryann Flack, Florida Bar No. 0018442
Assistant Attorney General
Ronnie Adili, Florida Bar No. 140473
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
SunTrust International Center
1 S.E. 3rd Avenue, Suite 900
Miami, FL 33131
Flack Telephone: (786) 792-6249
Ryann.Flack@myfloridalegal.com
Adili Telephone: (954) 712-4628
Ronnie.Adili@myfloridalegal.com

Attorneys for Plaintiff
STATE OF FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or for those counsel or parties who are not authorized to receive CM/ECF Notices of Electronic Filing, is being served in the manner specified.

/s/ *Angeleque P. Linville*
Angeleque P. Linville

## SERVICE LIST

Jonathan E. Perlman, Esq.
jperlman@gjb-law.com
Gregory M. Garno, Esq.
ggarno@gjb-law.com
Allison Day, Esq.
aday@gjb-law.com
Theresa M.B. Van Vliet, Esq.
tvanvliet@gjb-law.com
Genovese Joblove & Battista, P.A.
Miami Tower, 44th Floor
100 Southeast 2nd Street
Miami, FL 33131
*Receiver and his Counsel*

*Via U.S. Mail*

Jeremy Marcus
7155 Davit Circle
Lake Worth, FL 33467
*Defendant, Pro Se*

Craig Smith
13586 Harwell Path
Apple Valley, MN 55124
*Defendant, Pro Se*

Yisbet Segrea
5020 Canal Drive
Lake Worth, FL 33463
*Defendant, Pro Se*