UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,

vs.

JEREMY LEE MARCUS, et al.,

    Defendants.

_____/

## ORDER DENYING AS MOOT MOTION FOR IN CAMERA REVIEW OF DOCUMENTS WITHHELD BASED ON SAR PRIVILEGE

THIS CAUSE came before the Court upon Motion for In Camera Review of Documents withheld based on the SAR Privilege **(D.E. 446)**, filed on **December 23, 2019**.

THE COURT has considered the motion, the portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in view the Receiver's filing of an amended motion.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of January 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record