UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, and

STATE OF FLORIDA,

    Plaintiffs,

v.

JEREMY LEE MARCUS, *et al.*,

    Defendants and Relief Defendants.

**Plaintiffs' Twenty-Fourth Notice of Status of Proceedings Pursuant to Doc. 227**

Plaintiffs, the Federal Trade Commission ("FTC") and the Office of the Attorney General, State of Florida, Department of Legal Affairs ("State of Florida") (collectively, "Plaintiffs"), file this Notice in connection with the Court's Order at Doc. 227 requiring Plaintiffs to notify the Court of the current status of the proceedings.

1. A potential tax liability issue remains the only open issue preventing closure of the Receivership. Docs. 558, 563, 565, 566, 569, 574.

2. On February 16, 2024, the Receiver filed a sixteenth motion to extend the receivership through and including April 17, 2024 to continue dealing with that issue. Doc. 574.

3. Around the same time, on February 15, 2024, the FTC requested a transfer of funds from the Receiver for additional consumer redress. To date, the Receiver has not transferred the funds.

1

Dated:  March 13, 2024.

        Respectfully submitted,

        ALDEN F. ABBOTT
        General Counsel

        */s/ Angeleque P. Linville*
        ANGELEQUE P. LINVILLE, Special Bar No. A5502336
        alinville@ftc.gov; (404) 656-1354

        Federal Trade Commission
        225 Peachtree Street, Suite 1500
        Atlanta, GA 30303
        Telephone: (404) 656-1355
        Facsimile: (404) 656-1379

        Attorney for Plaintiff
        FEDERAL TRADE COMMISSION


        ASHLEY MOODY
        Attorney General, State of Florida

        */s/ Ryann Flack*
        Ryann Flack, Florida Bar No. 0018442
        Assistant Attorney General
        Office of the Attorney General
        Consumer Protection Division
        One Downtown
        1 S.E. 3rd Avenue, Suite 900
        Miami, FL 33131
        Telephone: (786) 792-6249
        Ryann.Flack@myfloridalegal.com

        Attorney for Plaintiff
        STATE OF FLORIDA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of March 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or for those counsel or parties who are not authorized to receive CM/ECF Notices of Electronic Filing, is being served in the manner specified.

/s/ *Angeleque P. Linville*
Angeleque P. Linville

**SERVICE LIST**

Jonathan E. Perlman, Esq.
jeperlman@venable.com
Gregory M. Garno, Esq.
gmgarno@venable.com
Allison Day, Esq.
arday@venable.com
Theresa M.B. Van Vliet, Esq.
tmvanvliet@venable.com

Miami Tower, 44th Floor
100 Southeast 2nd Street
Miami, FL 33131
*Receiver and his Counsel*

*Via U.S. Mail*

Jeremy Marcus
1972 Deer Creek Wildwood Ln N
Deerfield Beach, FL 33442
*Defendant, Pro Se*

Craig Smith
15885 Griffon Path
Apple Valley, MN 55124
*Defendant, Pro Se*

Yisbet Segrea
9291 NW 14th Court
Pembroke Pines, FL 33024
*Defendant, Pro Se*