UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, and

STATE OF FLORIDA,

    Plaintiffs,

    v.

JEREMY LEE MARCUS, *et al.*,

    Defendants and Relief Defendants.

**Plaintiffs' Twenty-Fifth Notice of Status of Proceedings Pursuant to Doc. 227**

Plaintiffs, the Federal Trade Commission ("FTC") and the Office of the Attorney General, State of Florida, Department of Legal Affairs ("State of Florida") (collectively, "Plaintiffs"), file this Notice in connection with the Court's Order at Doc. 227 requiring Plaintiffs to notify the Court of the current status of the proceedings.

1. As previously referenced, a potential tax liability issue remains the only open issue preventing closure of the Receivership. Docs. 558, 563, 565, 566, 569, 574, 575, 577.

2. On April 17, 2024, the Receiver filed a seventeenth motion to extend the receivership through and including June 17, 2024 to continue dealing with that issue. Doc. 577. That motion remains pending.

3. The Receiver and his attorneys and accountants continue to incur additional fees and expenses as time goes on, and Plaintiffs are concerned about the amount of time it is taking to resolve the tax liability issue and close out the Receivership.

1

4.     Plaintiffs and the Receiver have discussed the FTC's previous request for a transfer of funds, and based on those discussions, the FTC may request a revised amount be transferred for consumer redress in the coming weeks.

Dated:  June 13, 2024.

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

*/s/ Angeleque P. Linville*
ANGELEQUE P. LINVILLE, Special Bar No. A5502336
alinville@ftc.gov; (404) 656-1354

Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, GA 30303
Telephone: (404) 656-1355
Facsimile: (404) 656-1379

Attorney for Plaintiff
FEDERAL TRADE COMMISSION


ASHLEY MOODY
Attorney General, State of Florida

*/s/ Ryann Flack*
Ryann Flack, Florida Bar No. 0018442
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
One Downtown
1 S.E. 3rd Avenue, Suite 900
Miami, FL 33131
Telephone: (786) 792-6249
Ryann.Flack@myfloridalegal.com

Attorney for Plaintiff
STATE OF FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or for those counsel or parties who are not authorized to receive CM/ECF Notices of Electronic Filing, is being served in the manner specified.

/s/ *Angeleque P. Linville*
Angeleque P. Linville

## SERVICE LIST

Jonathan E. Perlman, Esq.
jeperlman@venable.com
Gregory M. Garno, Esq.
gmgarno@venable.com
Allison Day, Esq.
arday@venable.com
Theresa M.B. Van Vliet, Esq.
tmvanvliet@venable.com

Miami Tower, 44th Floor
100 Southeast 2nd Street
Miami, FL 33131
*Receiver and his Counsel*

*Via U.S. Mail*

Jeremy Marcus
1972 Deer Creek Wildwood Ln N
Deerfield Beach, FL 33442
*Defendant, Pro Se*

Craig Smith
15885 Griffon Path
Apple Valley, MN 55124
*Defendant, Pro Se*

Yisbet Segrea
9291 NW 14th Court
Pembroke Pines, FL 33024
*Defendant, Pro Se*