# Composite Exhibit "1"

 **Department of the Treasury
Internal Revenue Service**

OGDEN UT 84201-0038



018333.452386.175984.4550 1 AB 0.547 532

FINANCIAL FREEDOM NATIONAL INC
% JONATHAN PERLMAN
100 SE 2ND ST 44TH FL
MIAMI  FL  33131-2100

018333

**IRS Department of the Treasury
Internal Revenue Service**

OGDEN  UT  84201-0038

In reply refer to: 0444521861
June 27, 2024  LTR 2645C  0
                201512 43        0
                         00030927
                    BODC: TE

FINANCIAL FREEDOM NATIONAL INC
% JONATHAN PERLMAN
100 SE 2ND ST 44TH FL
MIAMI  FL  33131-2100

018333

    Taxpayer identification number:
                      Tax periods: Dec. 31, 2015

                          Form: ESRP

Dear Taxpayer:

Thank you for your inquiry of May 15, 2024.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.


A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

```
                                          0444521861
                      June 27, 2024  LTR 2645C    0
                      ▮▮▮▮▮▮▮▮         201512 43     0
                                          00030928
```

FINANCIAL FREEDOM NATIONAL INC
% JONATHAN PERLMAN
100 SE 2ND ST 44TH FL
MIAMI  FL  33131-2100


                              Sincerely yours,

                              Ms. Richards

                              Ms. Richards
                              Program Manager, AM OPS 2



**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

014444.452739.176676.4574 1 AB 0.547 532



FINANCIAL FREEDOM NATIONAL INC
% JONATHAN PERLMAN
100 SE 2ND ST 44TH FL
MIAMI  FL  33131-2100

014444


**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

In reply refer to:  0444521861
June 28, 2024  LTR 2645C  0
▮▮▮▮▮▮▮  201512 43       0
                   00030927
              BODC: TE

FINANCIAL FREEDOM NATIONAL INC
% JONATHAN PERLMAN
100 SE 2ND ST 44TH FL
MIAMI  FL  33131-2100



014444

Taxpayer identification number: ▮▮▮▮▮▮▮
Tax periods: Dec. 31, 2015

Form: ESRP

Dear Taxpayer:

Thank you for your inquiry of May 15, 2024.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.


A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

```
                                            0444521861
                            June 28, 2024  LTR 2645C    0
                                              201512 43     0
                                                   00030928
```

FINANCIAL FREEDOM NATIONAL INC
% JONATHAN PERLMAN
100 SE 2ND ST 44TH FL
MIAMI   FL   33131-2100


Sincerely yours,

*Ms. Richards*

Ms. Richards
Program Manager, AM OPS 2