UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

v.

JEREMY LEE MARCUS, *et al.*,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Jonathan E. Perlman, Esq., court-appointed Receiver (the "Receiver") and the Venable LLP law firm, hereby give notice to this Court and to all counsel of record of their change of mailing address, **effective August 12, 2024**. Accordingly, the undersigned requests that all pleadings, motions, orders, judgments, discovery, and other papers filed or served in the above case be served upon the undersigned at the new address listed below:

Venable LLP
801 Brickell Avenue
Suite 1500
Miami, Florida 33131

All other contact information remains the same.

/s/Jonathan E. Perlman. Esq.
Jonathan E. Perlman, Esq., Receiver, and

**VENABLE LLP**
Attorneys for Jonathan E. Perlman, Esq.
jeperlman@venable.com
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

CASE NO. 0:17-60907-CIV-MORENO

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been served this day on all counsel of record and entities, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/Jonathan E. Perlman
    Jonathan E. Perlman