UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-60907-CIV-MORENO/SELTZER

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

v.

JEREMY LEE MARCUS, *et al.*,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S FINAL MOTION FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES

**THIS CAUSE** came before the Court upon Jonathan E. Perlman, Esq.'s, the court-appointed Receiver (the "Receiver") for the Receivership Entities,[1] Final Motion for Award of Professional Fees and Reimbursement of Expenses [ECF No. ____] (the "Final Fee Application"), filed on October 8, 2024.

The Court has considered the Final Fee Application, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the Final Fee Application

---

[1] Receivership Entities are Financial Freedom National, Inc. f/k/a Institute for Financial Freedom, Inc. and Marine Career Institute Sea Frontiers, Inc. d/b/a 321 Loans, Instahelp America, Inc., Helping America Group, United Financial Support, Breeze Financial Solutions, 321Financial Education, Credit Health Plan, Credit Specialists of America, American Advocacy Alliance, and Associated Administrative Services, 321Loans, Inc., f/k/a 321 Loans, Inc. d/b/a 321Financial, Inc., Instahelp America, Inc. f/k/a Helping America Team, Inc. d/b/a Helping America Group, Breeze Financial Solutions, Inc. d/b/a Credit Health Plan and Credit Maximizing Program, US Legal Club, LLC, Active Debt Solutions, LLC f/k/a Active Debt Solutions, Inc. d/b/a Guardian Legal Center, Guardian LG, LLC d/b/a Guardian Legal Group, American Credit Security, LLC f/k/a America Credit Shield, LLC, Paralegal Support Group LLC f/k/a Paralegal Support LLC, Associated Administrative Services, LLC d/b/a Jobfax, Cockburn & Associate LLC, JLMJP Pompano, LLC, Halfpay International, LLC, Halfpay NV, LLC, HP Properties Group, Inc., HP Media, Inc., Omni Management Partners, LLC, Nantucket Cove of Illinois, LLC, Discount Marketing USA, S.A., Viking Management Services, LLC, White Light Media LLC, Blue42, LLC, National Arms, LLC, and 110 Glouchester St., LLC, and their divisions, subsidiaries, affiliates, predecessors, successors, and assigns. [ECF Nos. 21, 102, 222, 286].

is **GRANTED**. The Final Fee Application is **APPROVED**

**ADJUDGED** that the Receiver and Genovese, Joblove & Battista P.A's fees of $516,135.73 and expenses of $ 42,030.62 are **APPROVED**. The Receiver is authorized to pay Genovese, Joblove & Battista P.A. the sum of $558,166.35, representing 100% of the approved fees on hourly and Contingency Matters ($516,135.73) and 100% of expenses for hourly and Contingency Matters ($42,030.62) incurred during the Final Application Period of September 30, 2020 through October 8, 2024.

**ADJUDGED** that the Receiver and Venable LLP's fees of $60,212.50 and expenses of $8,195.13 are **APPROVED**. The Receiver is authorized to pay Venable LLP the sum of $68,407.63, representing 100% of the approved fees ($60,212.50) and 100% of expenses ($8,195.13) incurred during the Final Application Period of September 30, 2020 through October 8, 2024.

**ADJUDGED** that KapilaMukamal LLP's fees of $265,543.10 and expenses of $4,108.02 are **APPROVED**. The Receiver is authorized to pay KapilaMukamal LLP the sum of $269,651.12, representing 100% of the approved fees ($265,543.10) and 100% of expenses ($4,108.02) incurred during the Final Application Period of September 30, 2020 through October 8, 2024.

**ADJUDGED** that Carter & Carter, P.A's fees of $4,785.35 are **APPROVED**. The Receiver is authorized to pay Carter & Carter, P.A. $4,785.35 for fees incurred during the Final Application Period of September 30, 2020 through October 8, 2024.

DONE and ORDERED in chambers at Miami, Florida this ___ day October, 2024.

        **HONORABLE FEDERICO A. MORENO**
        **UNITED STATES DISTRICT JUDGE**

cc: All counsel of record