UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number: 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, et al.,

        Plaintiffs,

vs.

JEREMY LEE MARCUS, et al.,

        Defendants.

_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE ELLEN F. D'ANGELO REGARDING RECEIVER'S FINAL MOTION FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Ellen F. D'Angelo** to submit a Report and Recommendation to this Court on the Receiver's Final Motion for Award of Professional Fees and Reimbursement of Expenses **(D.E. 585)**, filed on **October 8, 2024**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge D'Angelo.

DONE AND ORDERED in Chambers at Miami, Florida, this _20ᵈ_ of November 2024.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Ellen F. D'Angelo

Counsel of Record