UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-60907-CIV-MORENO**

FEDERAL TRADE COMMISSION, et al.,

      Plaintiffs,

vs.

JEREMY LEE MARCUS, et al.,

      Defendants.

_____/

**ORDER VACATING REFERRAL TO MAGISTRATE JUDGE ELLEN F. D'ANGELO AND REFERRING RECEIVER'S FINAL MOTION FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES TO MAGISTRATE JUDGE PANAYOTTA AUGUSTIN-BIRCH**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Panayotta Augustin-Birch** to submit a Report and Recommendation to this Court on the Receiver's Final Motion for Award of Professional Fees and Reimbursement of Expenses **(D.E. 585)**, filed on **October 8, 2024**. The Order of referral to Magistrate Judge Ellen F. D'Angelo (D.E. 586) is **VACATED**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Augustin-Birch.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of November 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Panayotta Augustin-Birch

United States Magistrate Judge Ellen F. D'Angelo

Counsel of Record