UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CV-60907-MORENO/AUGUSTIN-BIRCH

**FEDERAL TRADE COMMISSION**, *et al.*,

    **Plaintiffs**,

v.

**JEREMY LEE MARCUS**, *et al.*,

    **Defendants.**

_____/

**ORDER REQUIRING SUPPORTING DOCUMENTATION FOR FINAL MOTION
FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES**

This cause comes before the Court on the Receiver's Final Motion for Award of Professional Fees and Reimbursement of Expenses. DE 585. The Honorable Federico A. Moreno, United States District Judge, referred the Motion to the undersigned United States Magistrate Judge for a report and recommendation. DE 587. After reviewing the Motion, the Court has determined that supplemental documentation is required in order for the Court to issue a report and recommendation.

With his Motion, the Receiver first seeks approval to pay his counsel $146,184.00 in fees and to reimburse his counsel $24,766.31 for costs and expenses. DE 585 at 2. Second, the Receiver seeks approval to pay his forensic accountants $265,543.10 in fees and $4,108.02 in costs. *Id.* Third, the Receiver seeks to pay his North Carolina counsel $4,785.35 in fees. *Id.* The Receiver shall file all supporting documentation for these fees, costs, and expenses, including the billing records for each attorney or professional and any invoices or other documentation demonstrating costs and expenses. Lastly, the Receiver seeks approval to pay his counsel $430,164.123 in fees

and $25,459.44 in costs for "Contingency Matters." *Id.* at 3. The Receiver shall also file all supporting documentation for these fees and costs, including documentation demonstrating the receipts from the resolutions of the Contingency Matters and any invoices or other documentation demonstrating the costs incurred for the Contingency Matters. The Receiver shall file all supporting documentation within one week from the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of December, 2024.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE