# Exhibit "E"

For Invoice Date: 10/8/2024
Page #: 120

**010675   000609   PERLMAN, JONATHAN**

Matter Name:   Jonathan Perlman, Receiver / 321 Loans -  JEP v. PNC

## Cost & Expenses

| Date | ID | Description | Orig Amt |
|---|---|---|---|
| Record # | Code | | Bill Amt |
| 1/22/2019 2150 | FIRM | Airfare (10675-609) {1} (1 @$477.73) | $477.73 $477.73 |
| 2/1/2019 2186 | FIRM | Parking (10675-609) {1} (1 @ $44.00) | $44.00 $44.00 |
| 2/1/2019 2187 | FIRM | [W/O PER GMG] Meals (10675-609) {1} (1 @  $0.00) | $44.20 $0.00 Off Invoice |
| 2/1/2019 2188 | FIRM | Hotel (10675-609) {1} (1 @$237.01) | $237.01 $237.01 |
| 2/1/2019 2189 | FIRM | Ground Transportation Uber (10675-609) {1} (1 @ $13.03) | $13.03 $13.03 |
| 2/1/2019 2190 | FIRM | Ground Transportation Uber (10675-609) {1} (1 @ $12.06) | $12.06 $12.06 |
| 6/5/2019 2435 | FIRM | Process Service Fee (10675-009) {1} (1 @$124.80) | $124.80 $124.80 |
| 6/7/2019 2439 | FIRM | Court Reporter Fees (10675-609) {1} (1 @$217.80) | $217.80 $217.80 |
| 6/30/2019 2451 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @  $0.00) | $12.10 $0.00 Off Invoice |
| 8/16/2019 3118 | FIRM | Certified Copies (10675-609) {1} (1 @  $4.50) | $4.50 $4.50 |
| 9/30/2019 3334 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @  $0.00) | $26.00 $0.00 Off Invoice |
| 12/17/2019 3911 | FIRM | Court Reporter Fees (10675-609) {1} (1 @ $36.00) | $36.00 $36.00 |
| 12/31/2019 3978 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @  $0.00) | $91.70 $0.00 |

**010675    000609    PERLMAN, JONATHAN**

Matter Name:   Jonathan Perlman, Receiver / 321 Loans -  JEP v. PNC

## Cost & Expenses

| Date | ID | Description | Orig Amt |
|---|---|---|---|
| Record # | Code | | Bill Amt |
| | | | *Off Invoice* |
| 1/7/2020 | FIRM | Photocopies (1746 @ $0.07) | $122.22 |
| 3590 | | | $122.22 |
| 2/27/2020 | FIRM | Ground Transportation taxi (10675-609) {1} (1 @ $25.00) | $25.00 |
| 4382 | | | $25.00 |
| 2/27/2020 | FIRM | Airfare (10675-609) {1} (1 @$272.20) | $272.20 |
| 4383 | | | $272.20 |
| 2/28/2020 | FIRM | Ground Transportation Uber (10675-609) {1} (1 @ $10.57) | $10.57 |
| 4405 | | | $10.57 |
| 2/28/2020 | FIRM | Parking (10675-609) {1} (1 @ $22.00) | $22.00 |
| 4406 | | | $22.00 |
| 2/28/2020 | FIRM | [W/O PER GMG] Meals (10675-609) {1} (1 @  $0.00) | $11.22 |
| 4407 | | | $0.00 |
| | | | *Off Invoice* |
| 3/31/2020 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @  $0.00) | $56.10 |
| 4531 | | | $0.00 |
| | | | *Off Invoice* |
| 6/30/2020 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @  $0.00) | $43.60 |
| 4668 | | | $0.00 |
| | | | *Off Invoice* |
| 9/24/2020 | FIRM | Postage (9 @  $2.685) | $24.15 |
| 4760 | | | $24.15 |
| 2/10/2021 | FIRM | Filing Fees (10675-609) {1} (1 @$505.00) | $505.00 |
| 5057 | | | $505.00 |
| 4/6/2021 | FIRM | Fedex Airbill No.773365703535 (10675-609) {1} (1 @ $52.94) | $52.94 |
| 5204 | | | $52.94 |
| 4/12/2021 | FIRM | Fedex Airbill No.773423443022 (10675-609) {1} (1 @$106.14) | $106.14 |
| 5218 | | | $106.14 |

For Invoice Date: 10/8/2024
Page #: 122

**010675   000609   PERLMAN, JONATHAN**

Matter Name:   Jonathan Perlman, Receiver / 321 Loans -  JEP v. PNC

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 4/12/2021<br>5219 | FIRM | Fedex Airbill No.773423443033 (10675-609) {1} (1 @ $94.80) | $94.80<br>$94.80 |
| 6/30/2021<br>5451 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @ $0.00) | $39.70<br>$0.00<br>*Off Invoice* |
| 9/30/2021<br>5767 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-609) {1} (1 @ $0.00) | $19.30<br>$0.00<br>*Off Invoice* |
| 10/7/2021<br>5800 | FIRM | Fedex Airbill No.774915260433 (10675-609) {1} (1 @ $54.56) | $54.56<br>$54.56 |
| 10/13/2021<br>5819 | FIRM | Fedex Airbill No.774954074729 (10675-609) {1} (1 @ $47.56) | $47.56<br>$47.56 |
| 2/23/2022<br>81653 | FIRM | FedEx- Delivery/Courier Service- 776109664994 10675-609 {148475949} | $53.34<br>$53.34 |
| 3/10/2022<br>82027 | FIRM | FedEx- Delivery/Courier Service- 776267369478 10675-609 {148476122} | $28.42<br>$28.42 |
| 3/23/2022<br>82196 | FIRM | Michael A. Friedman- Airfare- Airfare 10675-609  {148476170} | $427.18<br>$427.18 |
| 3/23/2022<br>82197 | FIRM | Michael A. Friedman- Miscellaneous- Uber MIA to hotel 10675-609 {148476170} | $25.24<br>$25.24 |
| 3/23/2022<br>82198 | FIRM | Michael A. Friedman- Hotel- Hotel 10675-609 {148476170} | $687.37<br>$687.37 |
| 3/23/2022<br>82199 | FIRM | Michael A. Friedman- Miscellaneous- Uber to airport 10675-609 {148476170} | $17.47<br>$17.47 |
| 3/23/2022<br>82200 | FIRM | Michael A. Friedman- Parking- Parking at airport 10675-609  {148476170} | $48.00<br>$48.00 |
| 3/31/2022<br>82576 | FIRM | [W/O PER GMG] PACER Service Center- Online Research- searches 10675-609 {148476355} | $32.10<br>$0.00 |

For Invoice Date: 10/8/2024
Page #: 123

010675   000609   PERLMAN, JONATHAN
Matter Name: Jonathan Perlman, Receiver / 321 Loans - JEP v. PNC

## Cost & Expenses

| Date | ID | Description | Orig Amt |
|---|---|---|---|
| Record # | Code | | Bill Amt |
| | | | Off Invoice |
| 7/18/2022 | FIRM | Photocopies -- Photocopies (Color) 14 @ .15 (14 @ $0.07) | $0.98 |
| 84196 | | | $0.98 |
| 7/18/2022 | FIRM | FedEx- Delivery/Courier Service- 777418483240 10675-609 {148477106} | $91.28 |
| 84253 | | | $91.28 |

| | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $4,259.37 | $3,883.35 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$4,259.37** | **$3,883.35** |



| | Orig Amt | Bill Amt |
|---|---|---|
| | | |
| | | |
| | $0.00 | |

For Invoice Date: 10/7/2024
Page #: 47

**010675   000617   PERLMAN, JONATHAN**

Matter Name: Jonathan Perlman, Receiver / 321 Loans - JEP v. AME

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 6/4/2019 / 2434 | FIRM | Filing Fees (10675-617) {1} (1 @$400.00) | $400.00 / $400.00 |
| 6/10/2019 / 2440 | FIRM | Process Service Fee (10675-617) {1} (1 @$150.00) | $150.00 / $150.00 |
| 6/10/2019 / 2441 | FIRM | Process Service Fee (10675-617) {1} (1 @$250.00) | $250.00 / $250.00 |
| 6/11/2019 / 2442 | FIRM | Process Service Fee (10675-617) {1} (1 @$100.00) | $100.00 / $100.00 |
| 6/11/2019 / 2443 | FIRM | Process Service Fee (10675-617) {1} (1 @ $62.60) | $62.60 / $62.60 |
| 9/30/2019 / 3335 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-617) {1} (1 @ $0.00) | $43.50 / $0.00 / *Off Invoice* |
| 11/19/2019 / 3720 | FIRM | Mediation (10675-617) {1} (1 @$2,550.00) | $2,550.00 / $2,550.00 |
| 12/31/2019 / 3979 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-617) {1} (1 @ $0.00) | $45.90 / $0.00 / *Off Invoice* |
| 1/27/2020 / 4075 | FIRM | Charges for subpoenaed records (10675-617) {1} (1 @ $11.00) | $11.00 / $11.00 |
| 3/12/2020 / 4505 | FIRM | Data management and hosting (10675-617) {1} (1 @$292.50) | $292.50 / $292.50 |
| 3/31/2020 / 4522 | FIRM | Mediation (10675-617) {1} (1 @$265.00) | $265.00 / $265.00 |
| 3/31/2020 / 4532 | FIRM | [W/O PER GMG] Pacer - Online Research (10675-617) {1} (1 @ $0.00) | $13.60 / $0.00 / *Off Invoice* |
| 4/23/2020 / 4232 | FIRM | Photocopies (304 @ $0.07) | $21.28 / $21.28 |

For Invoice Date: 10/7/2024
Page #: 48

**010675     000617     PERLMAN, JONATHAN**

Matter Name:   Jonathan Perlman, Receiver / 321 Loans - JEP v. AME

## Cost & Expenses

| Date<br>Record # | ID<br>Code | Description | Orig Amt<br>Bill Amt |
|---|---|---|---|
| 4/23/2020<br>4577 | FIRM | Court Reporter Fees (10675-617) {1} (1 @$839.50) | $839.50<br>$839.50 |
| 4/27/2020<br>4584 | FIRM | Court Reporter Fees (10675-617) {1} (1 @$367.50) | $367.50<br>$367.50 |
| 4/29/2020<br>4585 | FIRM | Court Reporter Fees (10675-617) {1} (1 @$597.50) | $597.50<br>$597.50 |
| 5/15/2020<br>4609 | FIRM | Court Reporter Fees (10675-617) {1} (1 @$849.30) | $849.30<br>$849.30 |
| 6/8/2020<br>4644 | FIRM | Court Reporter Fees (10675-617) {1} (1 @$1,314.48) | $1,314.48<br>$1,314.48 |
| 6/30/2020<br>4669 | FIRM | Pacer - Online Research (10675-617) {1} (1 @ $74.10) | $74.10<br>$74.10 |
| 4/6/2021<br>5203 | FIRM | Mediation / Arbitration Services - 10675-617 (JEP Receiver / 321 Loans - JEP v. Amex) {1} (1 @$2,750.00) | $2,750.00<br>$2,750.00 |

|  | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $10,997.76 | $10,894.76 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$10,997.76** | **$10,894.76** |

## Other Accounting

| Date<br>Record # | ID | Description | Orig Amt<br>Bill Amt |
|---|---|---|---|
| 5/12/2021<br>5291 | FIRM | VOID and DELETED Check from CheckRec - Mediation / Arbitration Services - 10675-617 (JEP Receiver / | $2,750.00<br>$2,750.00 |

*Partially Applied*

For Invoice Date: 1/25/2023
Page #:  9

**010675    000626    PERLMAN, JONATHAN**
Matter Name:   Jonathan Perlman, Receiver / Perlman v. Vairog US, LL



## Cost & Expenses

| Date / Record # | ID Code | Description | Orig Amt / Bill Amt |
|---|---|---|---:|
| 7/8/2020 4693 | FIRM | Process Service Fee (10675-626) {1} (1 @$149.00) | $149.00 / $149.00 |
| 9/3/2020 4796 | FIRM | Process Service Fee ATA Process LLC (10675-626) {1} (1 @$149.00) | $149.00 / $149.00 |
| 3/31/2021 5166 | FIRM | Accurint - Online Research (10675-626) {1} (1 @ $44.82) | $44.82 / $44.82 |
| 4/5/2021 5202 | FIRM | Mediation (10675-626) {1} (1 @$4,826.25) | $4,826.25 / $4,826.25 |

|  | Orig Amt | Bill Amt |
|---|---:|---:|
| Total Selected Cost & Expenses | $5,169.07 | $5,169.07 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$5,169.07** | **$5,169.07** |

For Invoice Date: 1/25/2023
Page #:  7

**010675    000627    PERLMAN, JONATHAN**
Matter Name:   Jonathan Perlman, Receiver / Perlman v. Bitterroot Too



### Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 6/30/2020 4683 | FIRM | Filing Fees (10675-627) {1} (1 @$400.00) | $400.00 / $400.00 |
| 7/15/2020 4713 | FIRM | Process Service Fee (10675-627) {1} (1 @$149.00) | $149.00 / $149.00 |
| 9/3/2020 4797 | FIRM | Process Service Fee ATA Process LLC (10675-627) {1} (1 @$149.00) | $149.00 / $149.00 |
| 9/29/2020 4821 | FIRM | Mediation (10675-627) {1} (1 @$4,000.00) | $4,000.00 / $4,000.00 |

|  | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $4,698.00 | $4,698.00 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$4,698.00** | **$4,698.00** |



For Invoice Date: 1/25/2023
Page #: 10

**010675   000629   PERLMAN, JONATHAN**
Matter Name:  Jonathan Perlman, Receiver / Placencia Properties, LLC

## Cost & Expenses

| Date / Record # | ID Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 7/30/2021 5540 | FIRM | Miscellaneous/O & E report (10675-629) {1} (1 @$125.00) | $125.00 $125.00 |
| 11/12/2021 5951 | FIRM | Fedex Airbill No.775195051490 (10675-629) {1} (1 @ $15.95) | $15.95 $15.95 |

|  | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $140.95 | $140.95 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$140.95** | **$140.95** |



|  | Orig Amt | Bill Amt |
|---|---|---|
|  |  |  |
|  |  |  |
|  | $0.00 |  |

For Invoice Date: 1/25/2023
Page #: 6

**010675    000630    PERLMAN, JONATHAN**

Matter Name:   Jonathan Perlman, Receiver / 321 Loans - Howard Bab

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 7/16/2021 5499 | FIRM | Postage (1 @ $1.60) | $1.60 $1.60 |
| 7/22/2021 5510 | FIRM | 2Postage (1 @ $0.71) | $0.71 $0.71 |
| 10/28/2021 5883 | FIRM | Certified Copies (10675-630) {1} (1 @ $11.00) | $11.00 $11.00 |
| 11/8/2021 5913 | FIRM | Recording Fees (10675-630) {1} (1 @ $39.00) | $39.00 $39.00 |
| 1/13/2022 6281 | FIRM | Postage (1 @ $0.73) | $0.73 $0.73 |
| 1/19/2022 6344 | FIRM | Postage (1 @ $0.53) | $0.53 $0.53 |
| 1/21/2022 6361 | FIRM | Miscellaneous/Garnishee attorney fees (10675-630) {1} (1 @$100.00) | $100.00 $100.00 |
| 1/26/2022 6385 | FIRM | Postage (1 @ $0.93) | $0.93 $0.93 |
| 2/9/2022 81841 | FIRM | ATA Process, LLC- Process Service Fee- Process service 10675-630 {148476041} | $59.00 $59.00 |
| 2/10/2022 82056 | FIRM | Postage | $0.53 $0.53 |
| 9/6/2022 84974 | FIRM | Planet Depos, LLC- Deposition Transcripts- Court reporter 10675-630 {148477416} | $299.00 $299.00 |
| 10/3/2022 85384 | FIRM | Lightning Legal Couriers- Process Service Fee- Service fee 10675-630 {148477593} | $130.00 $130.00 |
| 12/6/2022 86625 | FIRM | FedEx- Delivery/Courier Service- 770695489317 10675-630 {148478104} | $30.28 $30.28 |

For Invoice Date: 1/25/2023
Page #:  7

**010675    000630    PERLMAN, JONATHAN**

Matter Name:   Jonathan Perlman, Receiver / 321 Loans - Howard Bab

## Cost & Expenses

| Date | ID | | Orig Amt |
|---|---|---|---|
| Record # | Code | Description | Bill Amt |

| | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $673.31 | $673.31 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$673.31** | **$673.31** |



## Invoice Totals

| | Orig Amt | Bill Amt |
|---|---|---|
| | | |
| | | |
| | $0.00 | |