# Exhibit "D"

CARTER & CARTER, PA
Attorneys at Law

408 Market Street
Wilmington, North Carolina 28401
Phone: (910) 763-3626
Tax Id. # 56-1309141

October 03, 2024

Mr. Jonathan E. Perlman
Genovese, Joblove & Battista
100 SE 2nd Street, Suite 4400
Miami, FL 33131

Re:     <u>Perlman v. Russo - NC Litigation</u>

|  | Amount |
|---|---:|
| **Balance From Prior Statement** | $4,785.35 |
| **BALANCE DUE - PLEASE PAY THIS AMOUNT** | **$4,785.35** |

This statement is payable upon receipt.  A FINANCE CHARGE computed at the rate of 1.5% per month, or an annual percentage rate of 12% will be applied to the outstanding balance if not paid within TWENTY-FIVE (25) days of the date of this statement