UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

v.

JEREMY LEE MARCUS, *et al.*,

    Defendants.
_____/

### ORDER GRANTING RECEIVER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Motion for Extension of Time to file Objections to Report and Recommendation (the "Motion") filed by Jonathan E. Perlman, Esq., the court-appointed Receiver (the "Receiver"). The Court, being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline for the Receiver to file his objections to the Report and Recommendation is extended through and including January 31, 2025.

DONE and ORDERED at Miami-Dade County, Florida this ___ day January, 2025.

_____
**FEDERICO A. MORENO**
**UNITED STATES DISTRICT JUDGE**

*Copies furnished to counsel of record*