UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, and

STATE OF FLORIDA,

      Plaintiffs,

        v.

JEREMY LEE MARCUS, *et al.*,

      Defendants and Relief Defendants.

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Federal Trade Commission ("FTC") hereby moves for substitution of counsel. Plaintiff FTC notifies the Court that Angeleque P. Linville has left the FTC and Valerie M. Verduce is retired. The FTC therefore respectfully moves that the Court direct the Clerk to remove Mrs. Linville and Mrs. Verduce as counsel for the FTC and to remove their email addresses from the ECF notification list in this matter. The FTC will instead be represented by Harold E. Kirtz, who hereby makes his appearance in this matter pursuant to S.D. Fla. Local Rule 11.1(d)(3)(B) as the attorney who should be substituted as counsel for Plaintiff FTC.

Respectfully submitted,

*/s/ Harold E. Kirtz*

_____

HAROLD E. KIRTZ
Special Florida Bar No. A5500743
hkirtz@ftc.gov; (404) 656-1357

Federal Trade Commission
401 W. Peachtree Street, NE, Suite 1500
Atlanta, GA 30308
Facsimile: (404) 656-1379

1

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of March, 2025, I electronically filed the foregoing document by using the CM/ECF system. I also certify that the foregoing document is being served on the State of Florida and on the receiver and his counsel via transmission of Notices of Electronic Filing generated by the CM/ECF system, and on all parties who may not receive CM/ECF Notices of Electronic Filing in the manner specified below.

<u>SERVICE LIST</u>

I HEREBY CERTIFY that on this 7th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or for those counsel or parties who are not authorized to receive CM/ECF Notices of Electronic Filing, is being served in the manner specified below.

*Via U.S. Mail*

Jeremy Marcus
1972 Deer Creek Wildwood Ln N
Deerfield Beach, FL 33442
*Defendant, Pro Se*

Craig Smith
4282 Joppa Ct.
Savage, MN 55378
*Defendant, Pro Se*

Yisbet Segrea
9291 NW 14th Court
Pembroke Pines, FL 33024
*Defendant, Pro Se*