UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60907-CIV-MORENO

FEDERAL TRADE COMMISSION, and

STATE OF FLORIDA,

    Plaintiffs,

    v.

JEREMY LEE MARCUS, *et al.*,

    Defendants and Relief Defendants.

### Plaintiffs' Twenty-Eighth Notice of Status of Proceedings Pursuant to Doc. 227

Plaintiffs, the Federal Trade Commission ("FTC") and the Office of the Attorney General, State of Florida, Department of Legal Affairs ("State of Florida") (collectively, "Plaintiffs"), file this Notice in connection with the Court's Order at Doc. 227 requiring Plaintiffs to notify the Court of the current status of the proceedings.

1. For the past couple years, a potential liability issue remained the only open issue for the Receivership. *See* Docs. 558, 561, 563, 565, 566, 569, 571, 572, 574, 575, 577, 578, 580, 583.

2. Following an eighteenth extension request, the Court gave the Receiver until October 8, 2024, to complete his administration of the Receivership Estate. Doc. 581.

3. On October 8, 2024, the Receiver filed a Final Status Report and Motion to (I) Close Out Receivership Proceeding, (II) Abandon Estate Property, (III) Approve Final Distribution, and (IV) Discharge the Receiver and his Professionals (Doc. 584), along with a

1

Final Motion for Award of Professional Fees and Reimbursement of Expenses (the "Receiver's Motion for Fees") (Doc 585).

4. The Receiver's Motion for Fees has been granted by the Court. Doc. 597.

5. The Receiver's Final Status Report and Motion to (I) Close Out Receivership Proceeding, (II) Abandon Estate Property, (III) Approve Final Distribution, and (IV) Discharge the Receiver and his Professionals (Doc. 584) remains pending.

6. The potential tax liability issue noted in paragraph 1 is still an issue. Approximately $298,000 remains in the Receivership Estate. Upon resolution of the tax liability issue, Plaintiffs are looking to receive that money in order to undertake a final monetary distribution to victims.

Dated: March 13, 2025.

Respectfully submitted,
*/s/ Harold E. Kirtz*
HAROLD E. KIRTZ, Special Bar No. A5500743
hkirtz@ftc.gov; (404) 656-1357
Federal Trade Commission
401 W. Peachtree Street, NE, Suite 1500
Atlanta, GA 30308
Telephone: (404) 656-1357
Facsimile: (404) 656-1379

Attorney for Plaintiff
FEDERAL TRADE COMMISSION


JAMES UTHMEIER
Attorney General, State of Florida

*/s/ Ryann Flack*
Ryann Flack, Florida Bar No. 0018442
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
One Downtown
1 S.E. 3rd Avenue, Suite 900

Miami, FL 33131
Telephone: (786) 792-6249
Ryann.Flack@myfloridalegal.com

Attorney for Plaintiff
STATE OF FLORIDA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by the CM/ECF system, or for those counsel or parties who are not authorized to receive CM/ECF Notices of Electronic Filing, is being served in the manner specified.

                                            /s/ *Harold E. Kirtz*
                                            Harold E. Kirtz

**SERVICE LIST**

Jonathan E. Perlman, Esq.
jeperlman@venable.com
Gregory M. Garno, Esq.
gmgarno@venable.com
Allison Day, Esq.
arday@venable.com
Theresa M.B. Van Vliet, Esq.
tmvanvliet@venable.com

Venable LLP
801 Brickell Ave., Suite 1500
Miami, FL 33131
*Receiver and his Counsel*

*Via U.S. Mail*

Jeremy Marcus
1972 Deer Creek Wildwood Ln N
Deerfield Beach, FL 33442
*Defendant, Pro Se*

Craig Smith
4282 Joppa Ct.
Savage, MN 55378
*Defendant, Pro Se*

Yisbet Segrea
9291 NW 14th Court
Pembroke Pines, FL 33024
*Defendant, Pro Se*

4